UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

      Plaintiff,                                                     11-CV-00448S

      -v-

$19,555.00 IN UNITED STATES CURRENCY,

      Defendant.

_____

## FINAL ORDER OF FORFEITURE

Based upon the three Settlement and Forfeiture Agreements executed and filed with the Court in the above captioned litigation, and after review and due deliberation, it is hereby

ORDERED, that the sum of $19,555.00 is now and hereby forfeited to the government pursuant to Title 7, United States Code, Section 2024(e) and Title 18, United States Code, Section 981(a)(1)(C) and the Attorney General through United States Customs and Border Protection shall dispose of the currency according to the law and procedures within the United States Department of Homeland Security, and it is further

ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

SO ORDERED.

DATED:    January 16, 2013
               Buffalo, NY

                                                                     s/William M. Skretny
                                                                     WILLIAM M. SKRETNY
                                                                          Chief Judge
                                                        United States District Court